IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Allen,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AZ Security Force, LLC, et al.,<br><br>　　　　　Defendants. | No.  CV-15-01414-PHX-SPL<br><br>**ORDER** |

In response to the Court's previous Order (Doc. 16) directing that this matter would be dismissed with prejudice on October 30, 2015 unless a stipulation to dismiss was filed, Plaintiff has filed a Status Report (Doc. 17). Plaintiff informs that "the settlement agreement has been executed but Plaintiff has not received payment as of yet. Defendants have advised that checks will be sent forthwith." Plaintiff has also attached as an exhibit a Stipulation of Dismissal, which has been approved and agreed upon by all parties. (Doc. 17-1.) Having been presented with a Stipulation of Dismissal approved and agreed upon by all parties, and finding neither party has filed a motion requesting an extension of the dismissal date, the Court will dismiss this action. In order to safeguard the final execution of the parties' settlement however, the Court will temporarily exercise jurisdiction over this case following dismissal. Accordingly, in accordance with the parties' stipulation (Doc. 17-1),

**IT IS ORDERED:**

1. That this action is **dismissed with prejudice** in its entirety;

2. That each party shall bear its own costs and attorneys' fees;

3. That the Clerk of Court shall **terminate** this action; and

4. That the Court shall retain jurisdiction over this action for fourteen (14) days from the date of this Order.

Dated this 30th day of October, 2015.

                                          Honorable Steven P. Logan
                                          United States District Judge